# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3382
Lower Tribunal No. 2021-CA-010008-O

_____

JOE LEE THOMPSON,

Appellant,

v.

WILLIAM A. HOHNS, derivatively on behalf of TOYOSITY, LLC,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
John E. Jordan, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and MIZE, JJ., concur.


Michael R. Riemenschneider, of Riemenschneider Law, P.A., Melbourne, for Appellant.

Michael M. Brownlee, of The Brownlee Law Firm, P.A., Orlando, and Jeff Aaron and Mayanne Downs, of DownsAaron, PLLC, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED